**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

SEAN RUSSELL GREENE,

  Plaintiff,

v.

                                        CASE NO.: 1:24-cv-04802-AT-JKL

LEXISNEXIS RISK SOLUTIONS
INC.,

  Defendant.

_____/

**NOTICE OF SETTLEMENT AS TO DEFENDANT,**
**LEXISNEXIS RISK SOLUTIONS INC.**

COMES NOW Plaintiff, SEAN RUSSELL GREENE, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, LEXISNEXIS RISK SOLUTIONS INC., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 7th day of March, 2025.

1

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd., Ste 610
Tampa, FL 33602
Cell: (813)299-8537
Facsimile: (844)951-3933
Tav@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 7th day of March, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/Octavio Gomez**
Octavio "Tav" Gomez
Georgia Bar #: 617963
The Consumer Lawyers, PLLC
*Attorney for Plaintiff*