**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

SEAN RUSSELL GREENE,

  Plaintiff,

                             CASE NO. 1:24-cv-04802-AT

v.

LEXISNEXIS RISK SOLUTIONS
INC.,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO LEXISNEXIS RISK SOLUTIONS INC.

COMES NOW Plaintiff, SEAN RUSSELL GREENE and Defendant, LEXISNEXIS RISK SOLUTIONS INC., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against the Defendant LEXISNEXIS RISK SOLUTIONS INC. in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 30th day of April, 2025.

1

**/s/ Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar No.: 0338620
Georgia Bar No.: 617963
Pennsylvania No.: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd., Suite 610
Tampa, FL 33602
Cell: (813) 299-8537
Facsimile: (844) 951-3933
Tav@theconsumerlawyers.com
*Attorney for Plaintiff*

**/s/ Derek Schwahn**
Derek Schwahn
Georgia Bar No. 910299
Troutman Pepper Locke LLP
600 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30308
Telephone: 404.885.3124
Facsimile: 404.885.3900
Email: derek.schwahn@troutman.com

*Attorney for Defendant LexisNexis Risk Solutions Inc.*

2